ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Email: Jonathan.Lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-0317-10 HSG |
| Plaintiff, | STIPULATION TO ADVANCE SENTENCING HEARING AND ORDER **(as modified)** |
| v. | |
| SHEENA MIDDLETON, | |
| Defendant. | |

STIPULATION TO ADVANCE HEARING
Case No. CR 20-0317-10 HSG

Having met and conferred regarding the pending sentencing hearing, the parties through counsel of record have agreed to request that the Court advance the sentencing hearing to April 26, 2023. Counsel confirmed with the Court's staff that this date is available.

IT IS SO STIPULATED.

DATED: April 7, 2023

/s/
JONATHAN U. LEE
Assistant United States Attorney

DATED: April 7, 2023

/s/
K. ALEXANDRA MCCLURE
Counsel for Defendant Middleton

**ORDER**

For good cause shown, it is hereby ordered that the sentencing hearing will occur on April 26, 2023 at 2:00 p.m. The sentencing date previously set for May 10, 2023 is vacated.

IT IS SO ORDERED.

DATED: 4/7/2023

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION TO ADVANCE HEARING
Case No. CR 20-0317-10 HSG